```
           UNITED STATES DISTRICT COURT         FILED
              DISTRICT OF SOUTH DAKOTA
                  SOUTHERN DIVISION            AUG 10 2007
```


|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 07-40030 |
| Plaintiff, | * |  |
| vs. | * | ORDER |
| ALEXANDER SOTO, | * |  |
| Defendant. | * |  |

Counsel for Defendant has filed a Motion for Continuance and New Order Fixing Dates, Doc. 20, requesting the Court to continue the dates currently in force for pre-trial motions, motion hearing, plea deadline, and jury trial, and the Government has no objection, and after consideration of the file in this matter, the Court finds that failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and further that failure to grant the continuance would deny the public interest in bringing this case to trial in an orderly fashion. Further, the Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial. For all of those reasons as well as those set forth in the Motion,

IT IS ORDERED:

1. That Defendant's Motion for Continuance and New Order Fixing Dates, Doc. 20, is granted.

2. That all other motions as to Defendant herein be filed and served on or before September 28, 2007; that opposing counsel respond thereto on or before October 5, 2007; and that a hearing thereon will be held before The Honorable John E. Simko, in Sioux Falls, South Dakota, on Monday, October 15, 2007, at 11:00 A.M.; and the Court will not consider a stock motion for leave to file further motions, however, the Court will consider a motion filed by a party after the deadline if the party can show good cause as to why the motion was late filed.

3. That October 17, 2007, is hereby set as the deadline for submission to the Court of any proposed plea agreement.

4. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

5. That the jury trial herein for all Defendants shall commence in Sioux Falls, South Dakota, on Tuesday, November 6, 2007, with counsel to be present for motions in limine at 9:00 A.M., and with the jury to report at 9:30 A.M.

6. That the period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense for the Defendant must commence, as the Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated this 10th day of August, 2007.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *Shelly Margulied*
　　　　DEPUTY