UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
NOV 13 2007

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR07-40030-01 |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| vs. | |
| ALEXANDER ANTHONY SOTO, | |
| Defendant. | |

The Court having reviewed the Government's Motion to Dismiss Indictment, and good cause appearing therefor, it is hereby

ORDERED that the Indictment in the above-captioned matter is hereby dismissed as to defendant Alexander Anthony Soto.

Dated this 13th day of November, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Shelly Margulies
DEPUTY